# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

MICHIGAN LABORERS' PENSION FUND ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|----------|-------------|------|-----------------|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

6. The Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages)

ADEPTUS

directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22 day of December, 2016.

MICHIGAN LABORERS' PENSION FUND

By: _____

Its: ____Chairman____

directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December, 2016.

MICHIGAN LABORERS' PENSION FUND

By: *William A. Ufthm*

Its: 12-22-16 Secretary

ADEPTUS

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 09/13/2016 | 2,743 | $38.39 |
| 09/14/2016 | 1,629 | $38.96 |
| 09/15/2016 | 880 | $39.75 |
| 09/16/2016 | 778 | $40.07 |
| 09/16/2016 | 2,151 | $40.00 |
| 09/19/2016 | 533 | $39.47 |
| 09/20/2016 | 4,482 | $40.29 |
| 10/07/2016 | 1,085 | $39.01 |
| 10/21/2016 | 2,498 | $35.22 |