**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **OKLAHOMA LAW ENFORCEMENT RETIREMENT SYSTEM,** § § § | **CIVIL ACTION NO. 6:16-cv-01243** |
| **LABORERS' LOCAL 235 BENEFIT FUNDS,** § § § | **CIVIL ACTION NO. 6:16-cv-01391** |
| **WINSTON KIM,** § § | **CIVIL ACTION NO. 6:17-cv-00150** |
| **SASCHA TROLL,** § § | **CIVIL ACTION NO. 6:17-cv-00241** |
| *Plaintiffs*, § § § | |
| v. § § | |
| **ADEPTUS HEALTH INC.** *et al.*, § § | |
| *Defendants*. § | |

## ORDER

Before the Court is the Individual Defendants'[1] Motion to Postpone Hearing (Docket No. 56[2]). Having reviewed the Motion and the Response filed by Plaintiffs Alameda County Employees' Retirement Association and Arkansas Teacher Retirement System (Docket No. 57), the Court finds that the Motion should be **GRANTED**.

Accordingly, it is **ORDERED** that the status conference and motions hearing previously set for June 5 are **RESET** to occur at **10:00 a.m.** on **Thursday, June 22, 2017** in **Tyler, Texas**.

It is further **ORDERED** that Docket No. 17 in Case No. 6:16-cv-1391, Docket Nos. 30 and 36 in Case No. 6:17-cv-150 and Docket No. 13 in Case No. 6:17-cv-241, each of which requests the same postponement, are **GRANTED**.

---

[1] These are Defendants Hall, Fielding, Covert, Rosenberg, Scott, Taylor, Vender, Napolitano and Mengert.

[2] "Docket No." refers to the docket in Case No. 6:16-cv-1243.

**SIGNED this 1st day of June, 2017.**

                                          ROBERT W. SCHROEDER III
                                        UNITED STATES DISTRICT JUDGE