# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | Name3 | AccountID | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXX | | | XXXXXXXX | 4333.81 | Accepted | |
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXX | | | XXXXXXXX | 10658.83 | Accepted | |
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXX | | | XXXXXXXX | 10893.09 | Accepted | |
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXX | | | XXXXXXXX | 0 | Full Rejection | NOLOS |
| XXXXXXXX | XXXXXXXX | XXXXXXXXXXXXXXXXXX | | | XXXXXXXX | 702.78 | Accepted | |