**EXHIBIT E**

Exhibit Summary - Total Claims: 180; Total Recognized Claim:  $8,331,427.29

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75184309 | $5,788,109.76 | 74339278 | $3,409.50 | 75108019 | $423.77 | 75108356 | $205.05 |
| 75184307 | $1,378,644.04 | 75108077 | $2,720.33 | 75108054 | $410.10 | 75108041 | $205.05 |
| 75166507 | $184,824.54 | 83711866 | $2,583.00 | 75108044 | $382.76 | 75107941 | $205.05 |
| 75184306 | $126,112.77 | 83711874 | $2,260.00 | 75108069 | $369.09 | 75108399 | $205.05 |
| 83711884 | $119,246.00 | 75108148 | $2,146.19 | 75108265 | $355.42 | 75107985 | $191.38 |
| 83933952 | $116,808.15 | 83711873 | $1,845.00 | 75108237 | $355.42 | 75108036 | $191.38 |
| 83711891 | $92,250.00 | 85770348 | $1,845.00 | 75107891 | $328.08 | 75108090 | $191.38 |
| 83711887 | $55,350.00 | 75108219 | $1,749.76 | 75107998 | $314.41 | 75108066 | $191.38 |
| 75131743 | $41,676.28 | 72988860 | $1,368.60 | 75108116 | $314.41 | 75108292 | $191.38 |
| 83711867 | $37,516.00 | 72988858 | $1,316.75 | 75107983 | $300.74 | 75108134 | $191.38 |
| 72989132 | $34,022.52 | 75108301 | $1,120.94 | 75108040 | $293.34 | 75108132 | $177.71 |
| 83711896 | $32,331.00 | 85770350 | $1,107.00 | 75108102 | $287.07 | 75108276 | $177.71 |
| 74637505 | $29,334.00 | 75108322 | $970.57 | 75108068 | $273.40 | 75108089 | $164.04 |
| 75110242 | $27,216.50 | 75108386 | $929.56 | 75108231 | $273.40 | 75108208 | $164.04 |
| 75119843 | $26,823.87 | 75108366 | $833.87 | 75108347 | $273.40 | 75107987 | $164.04 |
| 74229463 | $24,041.00 | 72988862 | $797.04 | 75108387 | $273.40 | 75107926 | $164.04 |
| 83711890 | $18,080.00 | 75108311 | $724.51 | 75108370 | $259.73 | 75107930 | $164.04 |
| 74229462 | $17,389.50 | 75108260 | $669.83 | 75108074 | $259.73 | 75108060 | $150.37 |
| 83711858 | $16,905.60 | 75107996 | $642.49 | 75107933 | $259.73 | 75108185 | $150.37 |
| 85770340 | $15,740.00 | 75107943 | $615.15 | 75107895 | $259.73 | 75108189 | $150.37 |
| 74339271 | $13,609.95 | 75107925 | $587.81 | 75107909 | $246.06 | 75108351 | $150.37 |
| 74229461 | $13,177.50 | 75108136 | $587.81 | 75108012 | $246.06 | 75108365 | $136.70 |
| 75119842 | $9,857.73 | 75108133 | $574.14 | 75108241 | $246.06 | 75108308 | $136.70 |
| 74339277 | $8,459.00 | 75108045 | $519.46 | 75108144 | $246.06 | 75108106 | $136.70 |
| 72988857 | $7,719.00 | 75108140 | $505.79 | 75108170 | $232.39 | 75108032 | $136.70 |
| 83711892 | $7,717.60 | 75108250 | $505.79 | 75108153 | $232.39 | 75107928 | $136.70 |
| 83711875 | $4,974.00 | 75108354 | $492.12 | 75108338 | $232.39 | 75107885 | $136.70 |
| 83933954 | $4,889.00 | 75108165 | $492.12 | 75108266 | $232.39 | 75108383 | $136.70 |
| 83711882 | $4,402.50 | 75108270 | $478.45 | 75108294 | $232.39 | 75107927 | $123.03 |
| 85770353 | $4,284.00 | 75108152 | $464.78 | 72989135 | $223.23 | 75107917 | $123.03 |
| 74229460 | $3,795.60 | 75108058 | $451.11 | 75108051 | $218.72 | 75108014 | $123.03 |
| 85770349 | $3,690.00 | 75108033 | $437.44 | 75108184 | $218.72 | 75107958 | $123.03 |
| 85770347 | $3,690.00 | 75108319 | $437.44 | 75108178 | $205.05 | 75108053 | $123.03 |
| 83711889 | $3,690.00 | 75108380 | $423.77 | 75108341 | $205.05 | 75108112 | $123.03 |

**EXHIBIT E**

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 75108188 | $123.03 | 75108160 | $95.69 | 75107887 | $95.69 | 75108218 | $54.68 |
| 75108223 | $123.03 | 75108358 | $95.69 | 75108061 | $94.59 | 75108251 | $54.68 |
| 75108232 | $109.36 | 75108381 | $95.69 | 75108034 | $82.02 | 75108255 | $54.68 |
| 75108272 | $109.36 | 75108372 | $95.69 | 75107949 | $82.02 | 75108373 | $54.68 |
| 75108379 | $109.36 | 75108369 | $95.69 | 75108313 | $82.02 | 75107992 | $39.92 |
| 75108315 | $109.36 | 75108257 | $95.69 | 75108271 | $68.35 | 75108011 | $31.68 |
| 75108200 | $97.78 | 75108288 | $95.69 | 75108175 | $68.35 | 75108002 | $27.34 |
| 75108220 | $95.69 | 75108094 | $95.69 | 75108242 | $68.35 | 75108083 | $27.34 |
| 75108240 | $95.69 | 75108079 | $95.69 | 75108072 | $68.35 | 75108391 | $27.34 |
| 75108117 | $95.69 | 75108005 | $95.69 | 75108075 | $54.68 | 72989133 | $8.25 |
| 75108119 | $95.69 | 75107902 | $95.69 | 75108233 | $54.68 | 72989133 | $8.25 |
| 75108129 | $95.69 | | | | | 72989133 | $8.25 |